UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN G. REEDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO SUPERIOR COURT, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-0649-KJM-JDP (PS)<br><br>ORDER |

　　　Plaintiff has filed a motion for a sixty-day extension of time to file objections to the December 19, 2024 findings and recommendations. ECF No. 20. Good cause appearing, it is hereby ORDERED that:

　　　1. Plaintiff's motion for an extension of time, ECF No. 20, is granted in part.

　　　2. Plaintiff is granted until February 3, 2024 to file objections to the December 19, 2024 findings and recommendations.

IT IS SO ORDERED.

Dated:　January 2, 2025　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE