1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 JUSTIN G. REEDY,                                Case No. 2:24-cv-0649-KJM-JDP (PS)

12        Plaintiff,

13        v.                                       ORDER

14 EL DORADO SUPERIOR COURT, *et al.*,

15        Defendants.

16

17        Plaintiff has filed a motion for a second extension of time to file objections to the

18 December 16, 2024 findings and recommendations.  ECF No. 22.  Good cause appearing, it is

19 hereby ORDERED that:

20        1.  Plaintiff's motion for a second extension of time, ECF No. 22, is GRANTED.

21        2.  Plaintiff is granted until February 13, 2025, to file objections.

22        3.  Absent a showing of extraordinary cause, the court is not inclined to grant further

23 extensions of time.

24

25 IT IS SO ORDERED.

26

27 Dated:    January 31, 2025          _____

                                       JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE
28