UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin G. Reedy, | No. 2:24-cv-00649-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| El Dorado Superior Court, et al., | |
| Defendants. | |

The court previously denied plaintiff Justin Reedy's motion to proceed in forma pauperis on appeal because he offered "no explanation either how he was able to pay the district court's filing fee despite his lack of income or why he now cannot afford the circuit court's filing fees." Order (June 27, 2025), ECF No. 29. Plaintiff now renews his motion. ECF No. 30. He explains that he receives "state benefits," has income "below the poverty line," and previously received money from his mother to pay the filing fee in this court. *Id.* at 1–2. He also attaches an exhibit titled "CalWORKS Exemption Determination," which records approval for a "WTW medical exemption." *Id.* at 4.

As stated in this court's previous order, Federal Rule of Appellate Procedure 24 governs Reedy's request to proceed in forma pauperis on appeal. Under that rule—

1

> [A] party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
>
> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms[1] the party's inability to pay or to give security for fees and costs;
>
> (B) claims an entitlement to redress; and
>
> (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 4(a)(1)(A)–(C). Reedy's renewed motion does not currently include this information. Given Reedy's generalized assertions of indigency and his pro se status, the court will permit Reedy one final opportunity to supplement his pending request to proceed in forma pauperis with the information required by Rule 24. He must do so **within twenty-eight days** of the date this order is filed.

IT IS SO ORDERED.

DATED: July 9, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Both pdf and word processing versions of Form 4 are available on the website for the United States Courts at https://www.uscourts.gov/forms-rules/current-rules-practice-procedure/federal-rules-appellate-procedure