UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin G. Reedy, | No. 2:24-cv-00649-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| El Dorado Superior Court, et al., | |
| Defendants. | |

Pro se plaintiff Justin Reedy moves for leave to proceed in forma pauperis on appeal. ECF No. 30. The court previously granted Reedy an extension of time to file an affidavit and further information in support of his request. ECF No. 32. He has now done so. ECF No. 34. Having reviewed that filing, the court finds Reedy has satisfied the requirements of Federal Rule of Appellate Procedure 24(a)(1) and **grants** Reedy's application to proceed in forma pauperis on appeal.

Reedy's opposed motion for an extension of time (ECF No. 31) is **granted in part** to the extent this court has considered and granted his renewed and supplemented request for leave to proceed in forma pauperis. This court otherwise appears to lack jurisdiction to further extend the deadlines in Federal Rule of Appellate Procedure 4. *See* Fed. R. App. P. 4(a)(5) ("No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later."); Judgment, ECF No. 27

(entered May 15, 2025); Order (June 27, 2025), ECF No. 29 (granting previous extension under Rule 4(a)(5) until July 7, 2025); *Bowles v. Russell*, 551 U.S. 205, 214 (2007) ("[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement.").

IT IS SO ORDERED.

DATED: August 13, 2025.

_____
UNITED STATES DISTRICT JUDGE